[No. 20288–0–I. Division One. March 20, 1989.]

THE STATE OF WASHINGTON, *Respondent,* v. BRUCE CLAYTON BURNS, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 86–1–04194–6, Norman W. Quinn, J., entered April 17, 1987. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Coleman, C.J., and Scholfield, J. Now published at 53 Wn. App. 849.

[No. 9117–1–III. Division Three. March 21, 1989.]

THE STATE OF WASHINGTON, *Respondent,* v. RONNY LEE BUTLER, *Appellant.*

Appeal from a judgment of the Superior Court for Yakima County, No. 87–1–01278–1, Jo Anne Alumbaugh, J., entered February 5, 1988. *Affirmed* by unpublished opinion per Green, J., concurred in by Munson, A.C.J., and Shields, J.

[No. 9212–7–III. Division Three. March 21, 1989.]

THE STATE OF WASHINGTON, *Respondent,* v. ELIAS VALLE–ROSAS, *Appellant.*

Appeal from a judgment of the Superior Court for Yakima County, No. 87–1–01581–1, Cameron K. Hopkins, J., entered February 26, 1988. *Affirmed* by unpublished opinion per Green, J., concurred in by Munson, A.C.J., and Shields, J.